IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARLOS TAYLOR, JR.,

    Petitioner,

vs.                                 Case No. 5:08cv208-SPM/MD

WALTER A. MCNEIL,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 25). The parties were furnished a copy and afforded an opportunity to file objections. To date, no objections have been filed.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 25) is adopted and incorporated by reference in this order.

2. Petitioner's second amended §2254 petition for writ of habeas corpus (doc. 10) is hereby ***denied***.

3. Petitioner's case is hereby ***dismissed with prejudice***.

3. The clerk is directed to close this case.

DONE AND ORDERED this <u>sixth</u> day of May, 2009.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge